FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK MICHAEL HUMPHRIES,<br><br>Defendant. | No. 4:23-CR-06019-SAB-3<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 177** |

On March 14, 2024, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 177). Defendant was represented on this Motion by court-appointed attorney Zachary Ayers. Assistant United States Attorney Rebecca Perez represented the United States.

Defendant requests that the Court modify Special Condition No. 20 to allow him to attend a men's church camp in Ellensburg, Washington, on March 22–24, 2024, and further requests that the Court permit the removal of his GPS location monitoring device during this same time period. ECF No. 177. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*. However, after conferring with United States

ORDER - 1

Probation/Pretrial Services, the Court finds that removing the device is unnecessary.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 177**) is **GRANTED IN PART AND DENIED IN PART**.

2. **Special Condition No. 20 (ECF No. 112) shall be MODIFIED from March 22–24, 2024 to permit Defendant to attend the requested activity**. Defendant shall continue to wear the location monitoring device during this time.

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 14, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2