FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>FRANK MICHAEL HUMPHRIES,<br><br>                    Defendant. | No. 4:23-CR-06019-SAB-3<br><br>**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 417. Defendant is represented by Zachary Ayers. The Government is represented by Rebecca Perez. The Motion was considered without oral argument.

Defendant moves the Court to modify his conditions of release to remove the requirement that he participate in a program of GPS monitoring. Defendant notes he has complied with monitoring successfully since July 31, 2023. The Government and United States Probation do not object to the request. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendant's Motion to Modify Conditions of Release, ECF No. 417, is **GRANTED**.

**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE** # 1

2.    Additional Condition No. 20, which requires Defendant to participate in GPS monitoring is **STRICKEN** in its entirety.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and U.S. Probation.

**DATED** this 20th day of April 2026.

Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE # 2**